| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>SERJIO PEREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERJIO PEREZ,<br><br>Defendant. | Case No. 6:18-MJ-0030-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING; ORDER** |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Serjio Perez, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for December 17, 2019.

Mr. Perez has provided satisfactory proof to the government that he has paid all fines and that he has attended AA meetings for the specified period. Because he is in compliance with all terms of probation the undersigned respectfully move the court to vacate the review hearing.

//

//

//

//

//

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | BENJAMIN J. WAGNER<br>United States Attorney |
| | Dated: December 13, 2019 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: December 13, 2019 | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>JASON CORBISEZ |

ORDER

Based on the parties' joint representation that Mr. Perez is in compliance with the conditions of his probation, I vacate the review hearing scheduled for December 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 17, 2019                              _____
                                                        UNITED STATES MAGISTRATE JUDGE