Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:18-mj-0030-JDP |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO VACATE REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |
| SERJIO PEREZ, | |
| Defendant. | |

Defendant PEREZ plead guilty to Driving With a Suspended License on June 26, 2018 and was sentenced to 12 months of unsupervised probation with the conditions he pay a $600 fine by July 26, 2018, attend Alcoholics Anonymous ("AA") meetings two times each week (beginning on the week of July 1, 2018) for 10 months and provide proof of attendance prior to his first review hearing, obey all laws, report all new violations of the law to the Court, and appear personally for a probation review hearing on November 19, 2019.

On November 18, 2109 the Government filed a Notice of Probation Violation alleging PEREZ had failed to provide proof of attendance at AA and had failed to pay the fine. The Government has subsequently been provided proof PEREZ attended AA in Stockton. Mr. Perez did not provide proof of AA 2 x weekly, but did provide a statement signed by an AA moderator who verified she recognized PEREZ from his attendance at meetings on Wednesday and Friday.

1

The Government has also received proof the fine has been paid in full. Given the substantial compliance with the terms of his probation, the Government herewith withdraws its Allegation of Alleged Probation Violation again PEREZ. The Government further requests the initial appearance on the probation violation set for December 17, 2019 be vacated, and that probation terminate at this time. The Defendant is in agreement with this request.

Dated: December 16, 2019 /s/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

ORDER

Upon application of the United States, good cause having been shown therefor, the Statement of Alleged Probation Violation(s) in *U.S. v. Perez*, 6:18-mj-0030-JDP, filed on November 18, 2019, is withdrawn. The initial appearance scheduled for December 17, 2019 is vacated and probation is terminated

IT IS SO ORDERED.

Dated:     December 17, 2019

_____
UNITED STATES MAGISTRATE JUDGE